USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
HERMELINDO TENDILLA, ET AL.,

       Plaintiffs,

 -against-

PEARLSTONE RESTAURANT, LLC ET AL.,

       Defendants.
------------------------------------------------------------------ x

18-CV-8900 (ALC)

**ORDER OF REFERENCE**

**ANDREW L. CARTER, JR., District Judge:**

 The Court is in receipt of the Parties' joint letter requesting an adjournment of the final fairness hearing currently scheduled for January 28, 2020. ECF No. 63. The Parties' request is hereby **GRANTED** and the fairness hearing is **ADJOURNED** to **March 11, 2020 at 10:00 a.m.** The Parties should proceed according to the proposed amended schedule in their letter motion. ECF No. 63.

**SO ORDERED.**

Dated: January 13, 2020
    New York, New York

              _____
                HON. ANDREW L. CARTER, JR.
                 United States District Judge