# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMELINDO TENDILLA, RENE SANTIAGO, and NAPOLEON BRAVO HERRERO, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*, | Case No.: 18-cv-08900 |
| Plaintiffs, | Carter, A. |
| v. | |
| PEARLSTONE RESTAURANT, LLC d/b/a ULYSSES FOLK HOUSE, ONE HANOVER, LLC d/b/a HARRY'S NYC, PETER POULAKAKOS, HARRY POULAKAKOS, IVAN MITANKIN, MICHAEL DUFFY, PAUL LAMAS, FRANK CASNO, DANIEL MCDONALD, TONY VEBER, and SANTIAGO [LNU], | **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVES' SERVICE AWARDS** |
| Defendants. | |

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Class Representatives' Service Awards and in the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representatives' Service Awards, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order granting a service award to Named Plaintiff HERMELINDO TENDILLA in the amount of $6,666.67, a service award to Named Plaintiff RENE SANTIAGO in the amount of $6,666.67, and a service award to Named Plaintiff NAPOLEON BRAVO HERRERO in the amount of $6,666.67, to be paid from the Settlement Fund, in recognition of the services they rendered on behalf of the class.

Dated: February 25, 2020

                                          Respectfully submitted,

                                          **LEE LITIGATION GROUP, PLLC**

By:    */s/ C.K. Lee*
          C.K. Lee (CL 4086)
          148 West 24th Street, Eighth Floor
          New York, NY 10011
          Tel.: 212-465-1188
          Fax: 212-465-1181
          *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*