**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERMELINDO TENDILLA, RENE SANTIAGO, and NAPOLEON BRAVO HERRERO, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,<br><br>         Plaintiffs,<br><br>  v.<br><br>PEARLSTONE RESTAURANT, LLC d/b/a ULYSSES FOLK HOUSE, ONE HANOVER, LLC d/b/a HARRY'S NYC, PETER POULAKAKOS, HARRY POULAKAKOS, IVAN MITANKIN, MICHAEL DUFFY, PAUL LAMAS, FRANK CASNO, DANIEL MCDONALD, TONY VEBER, and SANTIAGO [LNU],<br><br>         Defendants. | Case No.: 18-cv-08900<br><br>Carter, A.<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES** |

   For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and (iii) Unopposed Motion for Approval of Class Representatives' Service Awards, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order: (1) awarding Class Counsel $116,667.00 in attorneys' fees, which is approximately one-third of the Settlement Fund established by Defendants, plus costs and expenses in the amount of $5,670.68, to be paid from the Settlement Fund; and (2) awarding Arden Claims Service LLC, as Settlement Administrator, administration fees of $35,000 to be paid from the Settlement Fund.

Dated: February 25, 2020

                                  Respectfully submitted,

                                  **LEE LITIGATION GROUP, PLLC**

                                  By: */s/ C.K. Lee*
                                  C.K. Lee (CL 4086)
                                  148 West 24th Street, Eighth Floor
                                  New York, NY 10011
                                  Tel.: 212-465-1188
                                  Fax: 212-465-1181
                                  *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*