USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/6/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**HERMELINDO TENDILLA, ET AL.,**                       :
                                **Plaintiffs,**              :
                                              :     **18-CV-8900 (ALC)**
    **-against-**                                             :
                                               :     <u>**ORDER**</u>
**PEARLSTONE RESTAURANT, LLC ET AL.,**          :
                                **Defendants.**           :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Plaintiff's letter requesting that the Court compel Defendants' compliance with the payment terms of the Settlement Agreement. ECF No. 78. Defendants are hereby **ORDERED** to respond to Plaintiff's letter on or before May 13, 2020.

**SO ORDERED.**

**Dated:**    **May 6, 2020**
            **New York, New York**

                                                          **HON. ANDREW L. CARTER, JR.**
                                                            **United States District Judge**