

# LEE LITIGATION GROUP
148 W. 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-661-1008
anne@leelitigation.com

March 17, 2021

**Via ECF**
The Honorable Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *Tendilla, et al. v. Pearlstone Restaurant, et al.*
       Case No. 18-cv-8900

Dear Judge Carter:

We are counsel to Plaintiffs in the above-referenced matter. In response to the Court's Order dated March 16, 2021 (Dkt. 83), we write, jointly with counsel to Defendants, to confirm that Defendants have fully complied with the payment terms of the settlement.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

**Plaintiffs' letter motion to compel Defendants to comply with the payment terms of the Settlement Agreement is denied as moot. The Clerk of Court is directed to terminate ECF No. 78.**

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: March 17, 2021